FILED

07/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0740

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0740

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

CHARLES MICHAEL COVEY,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 23, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 18 2024